12-05894 / 11-12582  
Unique Data Svcs. Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 40 | Disallowed | Unique Data Services, Inc. (11-12582) | $3,000.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 40 | Disallowed | Unique Data Services, Inc. (11-12582) | $3,000.00 | Taxes | 9/15/2011 | Unsecured Priority | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 48 | Disallowed | Unique Data Services, Inc. (11-12582) | $1,221.12 | Rejection Claim | 9/20/2011 | Unsecured | Pitney Bowes Incorporated 4901 Belfort Road, Suite 120, Jacksonville, FL 32256 |
| 49 | Disallowed | Unique Data Services, Inc. (11-12582) | $68.52 | | 9/24/2011 | Secured | Orange County (Dillman, John) John P. Dillman - Linebarger, Goggan, Blair & Samp, 1300 Main St, Houston, TX 77002 |
| 58 | Allowed | Unique Data Services, Inc. (11-12582) | $68.52 | Ad Valorem Taxes | 9/30/2011 | Secured | Orange County (Dillman, John) John P. Dillman - Linebarger, Goggan, Blair & Samp, 1300 Main St, Houston, TX 77002 |
| 60 | Disallowed | Unique Data Services, Inc. (11-12582) | $2,288.07 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 60 | Disallowed | Unique Data Services, Inc. (11-12582) | $2,288.07 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 61 | Disallowed | Unique Data Services, Inc. (11-12582) | $2,288.06 | Unemployment taxes | 9/30/2011 | Unsecured | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 61 | Disallowed | Unique Data Services, Inc. (11-12582) | $2,288.06 | Unemployment taxes | 9/30/2011 | Unsecured Priority | Illinois Department of Employment Security (Beckman, Ellis) 33 S. State Street, Chicago, IL 60603 |
| 65 | Allowed | Unique Data Services, Inc. (11-12582) | $1,221.12 | Rejection claim | 9/30/2011 | Unsecured | Pitney Bowes Incorporated 4901 Belfort Road, Suite 120, Jacksonville, FL 32256 |
| 72 | Allowed | Unique Data Services, Inc. (11-12582) | $744.95 | Goods sold | 10/14/2011 | Unsecured | McMaster-Carr Supply Company PO Box 5370, Princeton, NJ 08453 |
| 84 | Allowed | Unique Data Services, Inc. (11-12582) | $9,270.34 | Goods sold and delivered | 10/14/2011 | Unsecured | Sonar Credit Partners II, LLC (Michael Goldberg) 200 Business Park Drive, Suite 201, Armonk, NY 10504 |
| 114 | Disallowed | Unique Data Services, Inc. (11-12582) | $151.92 | Service contract | 11/12/2011 | Unsecured | G-I Office Technologies 701 Atlas Ave, Madison, WI 53714-3187 |
| 116 | Allowed | Unique Data Services, Inc. (11-12582) | $151.92 | Service contract | 11/12/2011 | Unsecured | G-I Office Technologies 701 Atlas Ave, Madison, WI 53714-3187 |
| 153 | Withdrawn | Unique Data Services, Inc. (11-12582) | Not less than $19,360.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 161 | Allowed | Unique Data Services, Inc. (11-12582) | $415.00 | Goods sold | 12/21/2011 | Unsecured | Toner Research Inc. 905 S. Pingree Road Unit E, Crystal Lake, IL 60014 |
| 168 | Allowed | Unique Data Services, Inc. (11-12582) | $30.99 | Goods sold | 1/5/2012 | Unsecured | KIN-KO Ace 6216 S Main St, Downers Grove, IL 60516 |
| 227 | Disallowed | Unique Data Services, Inc. (11-12582) | $58,482.33 | Goods and services | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 227 | Disallowed | Unique Data Services, Inc. (11-12582) | $57,595.43 | Goods and services | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 227 | Disallowed | Unique Data Services, Inc. (11-12582) | $57,595.43 | Goods and services | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 237 | Allowed | Unique Data Services, Inc. (11-12582) | $17,266.20 | Goods Sold | 1/26/2012 | Unsecured | Bruce Packaging 8131 N Ridgeway Ave, Skokie, IL 60076 |
| 265 | Allowed | Unique Data Services, Inc. (11-12582) | $79.08 | procured copied and mailed university of W. Alabama student directory as requested. | 2/4/2012 | Unsecured | Glenn Dahlem 2345 Ala Wai Blvd., Apt. 703, Honolulu, HI 96815 |
| 265 | Allowed | Unique Data Services, Inc. (11-12582) | $79.08 | procured copied and mailed university of W. Alabama student directory as requested. | 2/4/2012 | Unsecured Priority | Glenn Dahlem 2345 Ala Wai Blvd., Apt. 703, Honolulu, HI 96815 |
| 303 | Allowed | Unique Data Services, Inc. (11-12582) | $1,663.70 | Legal Services performer | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 315 | Allowed | Unique Data Services, Inc. (11-12582) | $505.18 | goods sold | 2/22/2012 | Unsecured | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 315 | Allowed | Unique Data Services, Inc. (11-12582) | $505.18 | goods sold | 2/22/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 322 | Allowed | Unique Data Services, Inc. (11-12582) | $783.12 | goods sold | 2/24/2012 | Unsecured | Kranz Inc 2200 DeKoven Ave, Racine, WI 53403 |
| 371 | Allowed | Unique Data Services, Inc. (11-12582) | $82.64 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 378 | Pending | Unique Data Services, Inc. (12-05894) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 425 | Pending | Unique Data Services, Inc. (12-05894) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 425 | Pending | Unique Data Services, Inc. (12-05894) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 442 | Withdrawn | Unique Data Services, Inc. (12-05894) | $2,225.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 459 | Settled | Unique Data Services, Inc. (12-05894) | $771,600.07 +unliquidated | see attached rider | 3/11/2012 | Unsecured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 459 | Settled | Unique Data Services, Inc. (12-05894) | $771,600.07 +unliquidated | see attached rider | 3/11/2012 | Secured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 488 | Pending | Unique Data Services, Inc. (12-05894) | $711.44 | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 488 | Pending | Unique Data Services, Inc. (12-05894) | $20.80 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 489 | Pending | Unique Data Services, Inc. (12-05894) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC488-1 | Pending | Unique Data Services, Inc. (11-12582) | $22,111.19 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC488-1 | Pending | Unique Data Services, Inc. (11-12582) | $19,945.05 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC489-1 | Pending | Unique Data Services, Inc. (11-12582) | $18,139.50 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC489-1 | Pending | Unique Data Services, Inc. (11-12582) | $18,139.50 | Taxes and/or penalties owed to a government unit. | 12/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |